# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:03CR549 |
| vs. | ) | |
| | ) | ORDER |
| HORACE TAYLOR, | ) | |
| Defendant. | ) | |

Defendant Horace Taylor (Taylor) appeared before the court on July 16, 2012, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 75). Taylor was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. Through his counsel, Taylor waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Taylor should be held to answer for a final dispositional hearing before Judge Joseph F. Bataillon.

The government moved for detention. At the time of the hearing, Taylor was in the custody of Nebraska state correctional authorities. The motion was held in abeyance pending Taylor coming into federal custody. Taylor waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state correctional authorities pending his dispositional hearing in these proceedings.

**IT IS ORDERED**:

A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m. on August 29, 2012.** Defendant must be present in person.

DATED this 16th day of July, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge